![black box]

■

**James MILLS, et al., Appellants,**

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al., Respondent.**

**WD 78857**

Missouri Court of Appeals, Western District.

ORDER FILED: March 15, 2016

![black box]

Edward C. Gillette and Kyle A. Branson, Mission, KS, for appellants.

Jessica R. Beever, Kansas City, MO, for respondent.

Before Division Two: Cynthia L. Martin, Presiding Judge, Mark D. Pfeiffer, Judge and Karen King Mitchell, Judge

**ORDER**

Per curiam:

James and Karen Mills appeal from the trial court's judgment entering summary judgment in favor of American Family Mutual Insurance Company. The Appellants argue that the trial court erred in concluding that underinsured motorist coverage in policies issued by American Family to the Appellants does not extend to the Appellants' son. We affirm. Rule 84.16(b).